

# Fourth Court of Appeals
## San Antonio, Texas

February 4, 2019

No. 04-18-00415-CR

Gilberto **CARREON,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR3963
Honorable Catherine Torres-Stahl, Judge Presiding

# O R D E R

After this court granted appellant five prior extensions, his brief was due in this court on or before January 28, 2019. In the order granting the fifth extension, we advised appellant that no further extensions of time to file the brief would be granted without written proof of extraordinary circumstances. On January 29, 2019, appellant filed a sixth motion for extension of time, asking for an additional eleven days in which to file the brief. After review, we **DENY** appellant's sixth motion for extension of time and **ORDER** appellant to file his brief in this court **on or before February 8, 2019. Appellant is advised that no further extensions of time to file the brief will be granted. If the brief is not filed on or before February 8, 2019, the court will abate this appeal and remand the case to the trial court for a hearing to determine whether appellant or his counsel has abandoned the appeal.**

We further **order** the clerk of this court to serve this order on counsel by first class United States mail and by certified mail, return receipt requested, with delivery restricted to addressee only, or give other personal notice of this order with proof of delivery.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of February, 2019.



KEITH E. HOTTLE,
Clerk of Court